COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-024-CV

IN RE ROBERT LINKENHOKER, RELATORS

GEORGE MALAISE, JR., AND

DON BOSTON

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators' petition for writ of mandamus.  The court is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL B: CAYCE, C.J.; LIVINGSTON and HOLMAN, JJ.

DELIVERED: January 20, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.